

Geoffrey N Stark
856.914.2043
gstark@capehart.com

December 4, 2023

<u>*Via ECF elecrtronic filing*</u>

Hon. Renee M. Bumb, U.S.D.J.
Mitchell H. Cohen Building and U.S. Courthouse
4th & Cooper Streets
Courtroom 3D
Camden, NJ 08101

    Re:    Corey D. Marable v. Oaks Integrated Care, Inc.
             Docket No.: 1:22-cv-06168-RMB-EAP
             Our File No.: 04390-33763

Dear Judge Bumb:

    As Your Honor is aware, this office represents Defendant, Oaks Integrated Care, Inc., ("Oaks") in the above referenced matter brought by Plaintiff Corey Marable. Oaks' Amended Motion to Dismiss Mr. Marable's Complaints in this matter is currently pending. During the course of this matter Mr. Marable has made reference to a related matter, Charge No.: 22-CA-303375, which was pending before the National Labor Relations Board ("NLRB"). Oaks now writes to inform the Court that the NLRB matter has been closed, as Mr. Marable withdrew his charge in November 2023. A copy of the notice received by Oaks, and confirming the withdrawal is attached.

    Should you have any questions or concerns please contact my office.

    Thank you for the Court's consideration.

             Respectfully submitted,

             CAPEHART & SCATCHARD, P.A.

             */s/ Geoffrey N. Stark*

             Geoffrey N. Stark, Esq.

enclosure

cc:    Corey Marable, pro se (via regular mail with encl.)