| | |
|---|---|
| UNITED STATES GOVERNMENT<br>**NATIONAL LABOR RELATIONS BOARD**<br>REGION 22<br>20 Washington Place<br>FL 5<br>NEWARK, NJ 07102-3127 | Agency Website: www.nlrb.gov<br>Telephone: (973)645-2100<br>Fax: (973)645-3852 |

November 22, 2023

SANMATHI (SANU) DEV, ESQ.
CAPEHART & SCATCHARD, P.A.
8000 MIDLANTIC DR., SUITE 300S
P.O. BOX 5016
MOUNT LAUREL, NJ 08054

        Re: Oaks Integrated Care
           Case 22-CA-303375

Dear Ms. Dev:

  This is to advise you that I have approved the withdrawal of the charge in the above matter.

               Very truly yours,

               *Eric Schechter* (signature)

               Eric Schechter
               Acting Regional Director

cc: SHERI BELL, H.R. OFFICER
   OAKS INTEGRATED CARE
   770 WOODLANE ROAD
   MOUNT HOLLY, NJ 08060

   COREY MARABLE
   1514 BIRCHWOOD COURT
   NORTH BRUNSWICK, NJ 08902